IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID CARSON** | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | NO. 15-3268 |
| | : | |
| v. | : | |
| | : | |
| **VINCENT MOONEY**, *et al.* | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW**, this 19th day of June 2018, upon consideration of the pleadings and record herein, including, *inter alia*, the petition for writ of *habeas corpus* filed by Petitioner David Carson ("Petitioner"), [ECF 1], Petitioner's counseled memorandum in support of the *habeas* petition, [ECF 14], the *Report and Recommendation* issued on April 25, 2017, by the Honorable Timothy R. Rice, United States Magistrate Judge, [ECF 25], Petitioner's objections to the *Report and Recommendation*, [ECF 28], Respondents' reply to the objections, [ECF 30], and the state court record, it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**;

2. The objections to the *Report and Recommendation* are without merit and are **OVERULED**;

2. Petitioner's petition for a writ of *habeas corpus*, [ECF 1], is **DENIED**; and

3. No probable cause exists to issue a certificate of appealability.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*